UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:05CV164-J

GARRY E. ALVEY                                                                                    PLAINTIFF

v.

JO ANNE BARNHART,
Commissioner of Social Security                                                      DEFENDANT

## ORDER AND JUDGMENT

Plaintiff Garry Alvey seeks Disability Insurance and Supplemental Security Income benefits which were denied by the Commissioner. The matter was referred to United States Magistrate Judge E. Robert Goebel who recommends that the Decision of the Commissioner be upheld. This Court has conducted a de novo review of the specific, written objections of the plaintiff and finds that each of these objections were issues raised before and fully addressed by the Magistrate Judge.

After reviewing the record in its entirety, the Court has determined that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's proposed Findings of Fact, Conclusions of Law, and Recommendation in their entirety in lieu of writing a separate opinion. Accordingly,

IT IS ORDERED:

1) The Magistrate Judge's Report is ADOPTED, and its findings and conclusions are incorporated by reference herein;

2) The final decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Order and Judgment, and there is no just cause for delay.